# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| ROB L. FULFORD, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:17-cv-02581-SHL-dkv |
| VOLVO IT NORTH AMERICA d/b/a VOLVO GROUP TRUCKS OPERATIONS, | ) |
| Defendants. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Chief Magistrate Judge Diane K. Vescovo's Report and Recommendation for Sua Sponte Dismissal ("Report") (ECF No. 7), filed September 18, 2017, recommending that the Court sua sponte dismiss Plaintiff's pro se Complaint.

A magistrate judge may submit to a judge of the court proposed findings of fact and recommendations for dismissal of a complaint for lack of standing or for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6). 28 U.S.C. § 636(b)(1)(B). "Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2); see also 28 U.S.C. § 636(b)(1). A district court reviews de novo only those proposed findings of fact or conclusions of law to which a party specifically objects. 28 U.S.C. § 636(b)(1); see also Fed. R. Civ. P. 72(b)(3).

The deadline to object to the Report has passed, and Plaintiff has filed no objections. The Court has reviewed the Report for clear error and finds none. Therefore, the Court **ADOPTS** the Magistrate Judge's Report. Plaintiff's claims are **DISMISSED** for failure to state a claim.

**IT IS SO ORDERED,** this 13th day of October, 2017.

                                              s/ Sheryl H. Lipman
                                              SHERYL H. LIPMAN
                                              UNITED STATES DISTRICT JUDGE